IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE OUTDOOR CHANNEL, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>(1) PERFORMANCE ONE MEDIA, LLC d/b/a IN COUNTRY TELEVISION, a New York Limited Liability Company;<br><br>(2) PERFORMANCE ONE MEDIA, LLC, a New York Limited Liability Company; and<br><br>(3) ROBERT J. SIGG, an individual,<br><br>        Defendants. | Case No. 10-CV-30-JHP-PJC |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO PROVIDE EXPERT REPORTS**

COMES NOW the Plaintiff, The Outdoor Channel, Inc. ("Outdoor"), by and through its undersigned attorneys and files this Motion for Extension of Time to Provide Expert Reports. In support, Plaintiff shows the Court the following:

1. Defendants filed a Motion to Dismiss on May 4, 2010. [Dkt. No. 22.] The Motion to Dismiss has not been ruled upon at this time.

2. The Court entered the Scheduling Order in this matter on July 12, 2010. [Dkt. No. 43.] The Scheduling Order sets February 15, 2011 as the deadline for Plaintiff's expert report and March 15, 2011 as the deadline for Defendants' expert report.

3. Plaintiff sent discovery requests to Defendants on July 2, 2010 and August 9, 2010.

4.      Plaintiff filed a Motion to Compel discovery responses and production on January 14, 2011. [Dkt. No. 85.] Defendants filed a Response thereto on February 10, 2011. [Dkt. No. 94.] Plaintiffs Reply is due on February 23, 2011. [Dkt. No. 91.]

5.      Defendants are unopposed to this motion.

6.      Plaintiff files this motion in good faith seeking to ensure a full and fair trial, and not to create undue delay for the Court.

For the foregoing reasons, Plaintiff respectfully asks the Court to grant this motion and extend the dates for the exchange of expert reports by two (2) weeks such that Plaintiff's Expert Report is due March 1, 2011 and Defendants' Expert Report is due March 29, 2011.

Respectfully submitted,

*/s/ Sharolyn C. Whiting-Ralston*

Richard P. Hix, OBA #4241
Rachel Blue, OBA #16789
Sharolyn C. Whiting-Ralston, OBA #21406
McAFEE & TAFT, P.C.
1717 South Boulder Ave., Suite 900
Tulsa, OK 74119
richard.hix@mcafeetaft.com
rachel.blue@mcafeetaft.com
sharolyn.ralston@mcafeetaft.com
Telephone: (918) 587-0000
Facsimile: (918) 599-9317

*Attorneys for The Outdoor Channel, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2011, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sarah Jane Gillett
Juliana P. Deligans
Robert D. Nelson

/s/ *Sharolyn C. Whiting-Ralston*
Sharolyn C. Whiting-Ralston

6600855_1.DOC