**EXHIBIT 4**



Sarah Jane Gillett
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Direct Dial: (918) 594-0439
Facsimile: (918) 594-0505
sgillett@hallestill.com

April 14, 2011

**VIA E-MAIL AND REGULAR MAIL**

Richard Hix, Esq.
Rachel Blue, Esq.
Sharolyn C. Whiting-Ralston, Esq.
McAfee & Taft
1717 S. Boulder, Ste. 900
Tulsa, OK 74119

Re: The Outdoor Channel, Inc. v. Performance One Media, LLC, et al.,
Case No. 10-CV-30-JHP-PJC,
United States District Court for the Northern District of Oklahoma

Dear Counsel:

Enclosed are the First Amended Sets of Interrogatories of Performance One Media, LLC and Rob Sigg. Consistent with our discussion on Tuesday morning and in response to the objection of your client, we have revised the interrogatories and eliminated some as well. One group we eliminated dealt with the identification of computers and storage locations for relevant electronically stored information. On Tuesday, we discussed a teleconference with Outdoor Channel's IT director in lieu of formal discovery on this subject. Please let us know whether Outdoor Channel has agreed to the teleconference; we are generally available on Monday for the discussion. If we cannot agree, then those questions will need to be added back into the written discovery.

We understand that you will let us know tomorrow whether Outdoor Channel will provide substantive responses to the interrogatories or will object to responding, necessitating motion practice. Also, in terms of timing, we noted on Tuesday that time is of the essence and we do not believe another 30 days to respond to a sub-set of the interrogatories originally served on your client on March 7, 2011 is warranted. Under the circumstances, we request that Outdoor Channel provide responses within 10 days. We look forward to hearing from you.

Sincerely,

*Sarah Jane Gillett*

Sarah Jane Gillett

SJG:bk
Enclosures

Tulsa, OK
Oklahoma City, OK

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
www.hallestill.com

Washington, D.C.
Northwest Arkansas

Richard Hix, Esq.
Rachel Blue, Esq.
Sharolyn C. Whiting-Ralston, Esq.
April 14, 2011
Page 2

cc:     Robert D. Nelon, Esq.
        Julianna Deligans, Esq.

1229462.1:711028:01585