## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THE OUTDOOR CHANNEL, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 10-CV-30-JHP-PJC** |
| **PERFORMANCE ONE MEDIA, LLC, d/b/a IN COUNTRY TELEVISION, a New York Limited Liability Company; and ROBERT J. SIGG, an individual,** | |
| **Defendants.** | |

## JUDGMENT

This matter has come before the Court for consideration of the Motion to Dismiss for Lack of Jurisdiction under Fed. R. Civ. P.12(b)(2) filed by Defendants Performance One Media, LLC and Robert J. Sigg  (Docket No. 22).  An Opinion & Order granting the Motion to Dismiss was entered on October 7, 2011.  This Court hereby enters a Judgment of Dismissal for Defendants Performance One Media, L.L.C. d/b/a In Country Television and Robert J. Sigg against Plaintiff The Outdoor Channel, Inc. in this matter.     Defendant's Motion for entry of Judgment (dkt #190) is granted.

**IT IS SO ORDERED** this 10th day of January, 2012.

James H. Payne
United States District Judge
Northern District of Oklahoma